Ira Kurzban (225517)
Helena Tetzeli (759820)
Kurzban, Kurzban, Weinger
    & Tetzeli, P.A.
Plaza 2650
2650 SW 27th Avenue
Miami, FL 33133
(305) 444-0060

Roxana C. Bacon, (AZ SBN 003758)
Pavneet Singh Uppal, (AZ SBN 016805)
BACON & MERRITT LLP
340 E. Palm Lane, Suite 240
Phoenix, Arizona 85004
(602) 256-6700

Attorneys for Plaintiff



## 98-2301
## CIV-MIDDLEBROOKS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Vladmir Voronchenko, | Civil No.:       MAGISTRATE JUDGE<br>                 TURNOFF |
|         Plaintiff, | **COMPLAINT FOR DECLARATORY** |
| vs. | **JUDGMENT OF NATURALIZATION**<br>**UNDER 8 U.S.C. §§ 1447(b) and**<br>**1421(c)** |
| Robert A. Wallis, District Director,<br>Immigration and Naturalization Service, | INS NO. A29 831 681 |
|         Defendant. | |

Plaintiff, Vladmir Voronchenko, complaining of defendant, alleges as follows:

    1.    Plaintiff is an individual and resident of the United States who resides within the jurisdiction of this court.  Plaintiff's claim to naturalization arises under 8 U.S.C. § 1447(b) and 8 U.S.C. § 1421(c).

    2.    Robert A. Wallis, the defendant herein, is the district director of the United States Immigration and Naturalization Service (INS) and is sued herein in his official capacity.  Defendant is responsible for the grant or denial of naturalization



applications filed within the Miami INS District pursuant to 8 U.S.C. § 1421, 8 U.S.C. § 1447, 8 CFR § 103.1(g)(2)(ii), 8 CFR § 310.2 and 8 CFR § 316.3.

3.    The court has jurisdiction of this action pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. § 2201.

4.    On or about November 4, 1991, plaintiff submitted an N-400 application for naturalization with the INS office in New York, New York.

5.    On or about September 12, 1995, the plaintiff received a notice of interview scheduled for December 1, 1995. Plaintiff notified the New York INS office that he could not attend the interview due to business reasons and requested that it be rescheduled at a later date.

6.    Despite repeated inquiries, plaintiff received no further information or communication from the New York INS office concerning the status of his application for naturalization.

7.    On or about July of 1996, plaintiff moved from New York to New Jersey.

8.    As a result of plaintiff's move to New Jersey and the New York INS' office's failure to process his application for naturalization, plaintiff filed a second N-400 petition on or about July 21, 1996 with the INS in Newark, New Jersey.

9.    Despite repeated inquiries Plaintiff received no information about his second application for naturalization from the Newark INS office.

10.    Plaintiff now resides in Miami. On or about August 13, 1998, plaintiff, through his attorneys, directed the New York and Newark INS offices to transfer his files to Miami, Florida. Upon information and belief, said files have in fact been transferred to the Miami INS office.

11.    Approximately four years have elapsed since plaintiff filed his first N-400 petition with the INS in New York. In addition, plaintiff filed a second application for naturalization with the INS in Newark over two years ago. Plaintiff has made numerous inquiries about the status of his applications and the reasons for the delay in the

adjudication thereof.  On each occasion, defendant's agents have either ignored plaintiff's inquiries or simply informed him that he would have to wait.

12.    Plaintiff has a right to have defendant adjudicate his application, and defendant's failure to take any action at all has denied plaintiff his rights under 8 U.S.C. § 1421 and 8 U.S.C. § 1447.

13.    Defendant's inaction represents a denial of plaintiff's applications, and this court may review the matter *de novo* under 8 U.S.C. §§ 1421(c) and 1447(b).

14.    Plaintiff has either exhausted his administrative remedies or has been affirmatively prevented from doing so by virtue of defendant's inaction.

15.    Plaintiff desires a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

WHEREFORE, plaintiff prays that:

1.    The court will hear the plaintiff's case and render a declaratory judgment that he is entitled to be naturalized;

2.    For reasonable attorneys fees; and

3.    For such other and further relief as the Court deems proper.

DATED this ____ day of October, 1998.

KURZBAN, KURZBAN, WEINGER & TETZELI, P.A.

By _____
Ira Kurzban, Esq.
Helena Tetzeli, Esq.
2650 SW 27th Avenue
Miami, FL 33133

-and-

-3-

BACON & MERRITT, LLP

By _____
Roxana C. Bacon, Esq.
Pavneet Singh Uppal, Esq.
340 East Palm Lane, Suite 240
Phoenix, AZ 85004

Attorneys for Plaintiff

# CIVIL COVER SHEET

98-2301
CIV-MIDDLEBROOKS

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

MAGISTRATE JUDGE

**I (a) PLAINTIFFS**

Vladmir Voronchenko

**DEFENDANTS**

Immigration and Naturalization Service
Robert A. Wallis, District Director

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A:Dade 1:98cv2301 DMM WCT

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Kurzban Kurzban Weinger & Tetzeli, P.A.
2650 S.W. 27th Ave., Plaza 2650
Miami, FL 33133
(305) 444-0060

**ATTORNEYS (IF KNOWN)** William Keefer
U.S. Attorney, Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only)

(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Declaratory Judgment of Naturalization under 8 USC Sections 1447(b) and 1421(c)

**IVa.** 3 days estimated (for both sides) to try entire case

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **B PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | | * A or B |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See Instructions:)
JUDGE _____   DOCKET NUMBER _____

DATE 10/2/98

SIGNATURE OF ATTORNEY OF RECORD
(Local Counsel) Helena Tetzeli

UNITED STATES DISTRICT COURT
S/F I-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 198222   Amount: 150.00
10/02/98   Mifo:

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

VLADMIR VORONCHENKO

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

ROBERT A. WALLIS,

## 98 - 2301
## CIV-MIDDLEBROOKS

MAGISTRATE JUDGE
TURNOFF

TO: (Name and Address of Defendant)

ROBERT A WALLIS, District Dirctor
Immigration and Naturalization Service
7880 Biscayne Boulevard
Miami, Florida  33138

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Helena Tetzeli, Esq.
KURZBAN, KURZBAN, WEINGER & TETZELI, P.A.
2650 SW 27th Avenue, 2nd Floor
Miami, Florida  33133
(305) 444-0060

an answer to the complaint which is herewith served upon you, within ~~twenty (20)~~ sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**Carlos Juenke**

CLERK

*Martha Diaz*

BY DEPUTY CLERK

OCT 0 2 1998

DATE

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            *Date*                *Signature of Server*

                                    _____
                                      *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.